No. 713, Misc. GLASPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 745, Misc. HOPKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 786, Misc. SLATER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 806, Misc. MOORE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 837, Misc. OPPENHEIMER *v.* CALIFORNIA. Appellate Department of the Superior Court of California, Los Angeles County. Certiorari denied. Petitioner *pro se. Roger Arnebergh, Philip E. Grey* and *Charles W. Sullivan* for respondent.

No. 853, Misc. PRUITT *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 854, Misc. HAMLIN *v.* HAMLIN. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 855, Misc. GARY *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 858, Misc. SMITH *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.